AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: 22-130MB | Date and Time Warrant Executed: May 18, 2022 at 7:35 am | Copy of warrant and inventory left with: Gregory Knutson Eileen Knutson |
|---|---|---|

Inventory Made in the Presence of:

Special Agent Kirk Dunagan
Special Agent Nicholas Vahe

Inventory of the property taken and name of any person(s) seized:

Please see attached for detailed listing of times seized.

*[signature] 5/20/2022*

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/20/2022

*[signature]*
Executing officer's signature

Nicholas Vahe, Special Agent
Printed name and title

## Inventory Listing of All Items Seized at Search Warrant

Law Enforcement Agency: TIGTA
Location of Search Warrant: 2902 W CORRINE DRIVE, PHOENIX, AZ  85029
Execution Start Time: 05/18/2022 10:35:08 EDT
Execution End time: 05/18/2022 14:27:24 EDT
Total Items Seized: 35
Total Items Removed but initially seized: 0

Item # 1
    Description: SAMSUNG GALAXY J7; BLACK WITH DAMAGE TO FRONT SCREEN AT TOP WITH CRACKED.
    Quantity: 1

Item # 2
    Description: MISC. PAPERWORK AND RECEIPTS
    Quantity: 1

Item # 3
    Description: MISC. PAPERWORK AND RECEIPTS AND ENVELOPE.
    Quantity: 1

Item # 4
    Description: MISC. RECEIPTS
    Quantity: 1

Item # 5
    Description: MISC. RECEIPTS, PAPERWORK AND AND POSTAL ORDER PAPERWORK
    Quantity: 1

Item # 6
    Description: 3 DRAWER PLASTIC STERILITE CONTAINER WITH MISC. PAPERWORK.
    Quantity: 1

Item # 7
    Description: $4000.00 IN CASH
10X100S
60X50S
    Quantity: 1

Item # 8
    Description: $1020.00 IN CASH

```
6X100S
21X20S
      Quantity: 1


Item # 9
      Description: LG SMART PHONE; CRICKET; CRACK IN UPPER LEFT OF SCREEN
      Quantity: 1


Item # 10
      Description: EILEEN'S PHONE; APPLE IPHONE, BLACK AND PURPLE CASE.
NO APPARENT DAMAGE.
      Quantity: 1


Item # 11
      Description: CANON DIGITAL CAMERA 16MEGA PIXEL; SILVER.
      Quantity: 1


Item # 12
      Description: CRICKET LG SMART PHONE SILVER; SCRATCH DOWN BACKSIDE
OF PHONE.
      Quantity: 1


Item # 13
      Description: ASUS LAPTOP CX22N WITH CHARGER; SN L6NXCV09F827248
      Quantity: 1


Item # 14
      Description: MISC. DOCUMENTS AND PAPERWORK
      Quantity: 1


Item # 15
      Description: HP LAPTOP W/ DELL CHARGER; MODEL: G71365DX
SN: 5CD2014T82
      Quantity: 1


Item # 16
      Description: MISC. RECEIPTS AND PAPERWORK FOUND IN TOP DRESSER AND
ONE RECEIPT FOR $5600.00 DEPOSIT FOUND ON TOP OF NIGHTSTAND.
      Quantity: 1


Item # 17
      Description: BLACK ANDROID TYPE CELLPHONE WITH CHARGER
      Quantity: 1
```

```
Item # 18
      Description: MISC DOCUMENTS AND 3 VARIOUS THUMB DRIVES
      Quantity: 1


Item # 19
      Description: SAMSUNG CELL PHONE BLACK IN CASE; NO VISIBLE DAMAGE
      Quantity: 1


Item # 20
      Description: ROLLADEX ON TOP OF DESK.
      Quantity: 1


Item # 21
      Description: MISC FINANCIAL DOCUMENTS
      Quantity: 1


Item # 22
      Description: 2 BOXES OF CHECK STOCK
      Quantity: 2


Item # 23
      Description: 2 BOTTLES OF INK; CONTINUOUS INK SUPPLY SYSTEM OR
REFILLABLE CARTRIDGE
      Quantity: 1


Item # 24
      Description: MISC PAPERWORK
      Quantity: 1


Item # 25
      Description: $17,500 IN CASH - FOUND IN BOX; PKG 1: 80X100'S; PKG
2: 65X100'S; LOOSE 30X100'S
      Quantity: 1


Item # 26
      Description: CHECK SOFTWARE AND MISC PAPERWORK
      Quantity: 1


Item # 27
      Description: APPLE IPHONE S GREY COLOR; NO VISIBLE DAMAGE
      Quantity: 1
```

```
Item # 28
      Description: TABLET WITH CHARGER; IMEI: 356285070127169 IN WHITE
BOX.
      Quantity: 1


Item # 29
      Description: HUAWEI TABLETS WHITE; 1 WITH LEATHER WHITE CASE COVER;
NO APPARENT PHYSICAL DAMAGE
      Quantity: 2


Item # 30
      Description: SAMSUNG GALAXY TABF A IN ATT BLACK BOX WRAPPED IN
PACKAGING; IMEI: 359066092391430
      Quantity: 1


Item # 31
      Description: PC TOWER SILVER/GREY COLOR WITH POWERSOURCE; NO
VISIBLE SERIAL NUMBER; DUCT TAPE HOLDING SIDE DOORS AND PC TOGETHER
      Quantity: 1


Item # 32
      Description: ASUS PC TOWER BLACK; ID NUMBER: 11147123081700196; NO
VISIBLE DAMAGE.
      Quantity: 1


Item # 33
      Description: SAMSUNG MOBILE PHONE; BLACK WITH VERIZON ON BACK; NO
VISIBLE DAMAGE
      Quantity: 1


Item # 34
      Description: EPSON PRINTER XP260; SN: UFEY082003; W/ POWER CORD
      Quantity: 1


Item # 35
      Description: BROTHER PRINTER; MODEL: MFC-L2740DW; SN:
U63889B6N281990; W/ POWER CORD
      Quantity: 1
```